# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ROBERT GERALD BURTON, ) <br> Defendant. ) | Case No. 08-CR-4311-JM <br><br> **ORDER FOR CONTINUANCE** |

**IT IS HEREBY ORDERED** that the Acknowledgment of New Sentencing date will be filed and the court finds time excludable, and that the sentencing hearing presently set for Friday May 29, 2009 at 9:00 a.m. be continued until ***July 31, 2009 at 9:00 a.m.***

**IT IS SO ORDERED.**

**DATED: May 8, 2009**

_____
Hon. Jeffrey T. Miller
United States District Judge