UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal No. 08cr4311 JM |
| )  Plaintiff,                                     ) | |
| v.                                                    ) | Order Granting Joint Motion to Continue |
| )  ROBERT GERALD BURTON,             ) | Sentencing Hearing [Docket No. 46] |
| )  Defendants.                               ) | |

Upon the Joint Motion of counsel [Docket No. 46] and for good cause shown, the Sentencing Hearing currently scheduled before Judge Miller on July 31, 2009 is hereby continued to *9:00 a.m.* on *September 18, 2009*.

IT IS SO ORDERED.

DATED: July 24, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

1

08cr4311