# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 08-CR-4311-JM |
| Plaintiff ) | |
| vs. ) | **ORDER FOR CONTINUANCE** |
| ROBERT GERALD BURTON, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the Acknowledgment of New Sentencing date will be filed and the court finds time excludable, and that the sentencing hearing presently set for Friday September 18, 2009 at 9:00 a.m. be continued until November 6, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

**DATED: September 10, 2009**

_____
**Hon. Jeffrey T. Miller**
**United States District Judge**