# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|         Plaintiff ) | Case No. 08-CR-4311-JM |
| vs. ) | **ORDER FOR CONTINUANCE** |
| ROBERT GERALD BURTON, ) | |
|         Defendant. ) | |

**IT IS HEREBY ORDERED** that the Acknowledgment of New Sentencing date will be filed and the court finds time excludable, and that the sentencing hearing presently set for Friday November 6, 2009 at 9:00 a.m. be continued until *January 8, 2010 at 9:00 a.m.*

IT IS SO ORDERED.

DATED:  October 19, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge