# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 08-CR-4311-JM |
| Plaintiff ) | |
| vs. ) | **ORDER FOR CONTINUANCE** |
| ROBERT GERALD BURTON, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the Acknowledgment of New Sentencing date will be filed and the court finds time excludable, and that the sentencing hearing presently set for Friday March 5, 2010, at 9:00 a.m. be continued until *April 16, 2010 at 9:00 a.m.*

**IT IS SO ORDERED.**

**DATED: February 19, 2010**

_____
**Hon. Jeffrey T. Miller**
**United States District Judge**